IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARY E. HAAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:04-cv-463-F |
| ) | |
| JO ANNE B. BARNHART, ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On August 31, 2005, the United States Magistrate Judge entered a Recommendation that the Commissioner of Social Security's decision be affirmed (Doc. # 17).  No timely objections to the Recommendation have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that the Magistrate Judge's Recommendation be and hereby is ADOPTED.[1]

The Court will enter a separate final judgment consistent with this Order.

DONE this 20th day of September, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that on the second page of the Recommendation, the Magistrate Judge cites *Crawford v. Commissioner of Soc. Sec.*, 363 F.2d 1155, 1158-59 (11th Cir. 2004).  The citation should read *Crawford v. Commissioner of Soc. Sec.*, 363 F.3d 1155, 1158-59 (11th Cir. 2004).